UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-303-RJC

| | |
|---|---|
| CHARLES EVERETTE HINTON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DENNIS DANIELS, )<br>)<br>)<br>Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Pro Se Petitioner's Motion to Amend and Join Necessary Parties. (Doc. No. 37). Petitioner's motion will be denied as moot because this action has already been dismissed.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Amend and Join Necessary Parties, (Doc. No. 37), is **DENIED** as moot.

Signed: February 21, 2014

Robert J. Conrad, Jr.
United States District Judge

-1-